IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DIANE W. SIRON,**

    **Plaintiff,**

vs.                                                 **CASE NO. 1:15cv112-MP/CAS**

**CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,**

    **Defendant.**

_____/

## **REPORT AND RECOMMENDATION**

On June 9, 2015, Plaintiff filed a Complaint requesting review of a decision rendered by an Administrative Law Judge (ALJ) on February 11, 2015, denying her claim for Disability Insurance Benefits and Supplemental Security Insurance Benefits. ECF No. 1. Plaintiff attached a copy of the ALJ's decision to the Complaint. ECF No. 1 at 8-28 (Exhibit A). This Court granted Plaintiff leave to proceed in forma pauperis. ECF No. 4.

On June 18, 2015, Plaintiff filed an Ex Parte Motion to Stay. ECF No. 6. Defendant filed a response and did not object to Plaintiff's motion. ECF No. 7. On June 25, 2015, Plaintiff's motion to stay was granted and the parties were directed to file timely status reports, ECF No. 8, and have done so. ECF Nos. 11-12.

On November 18, 2015, Defendant filed a joint motion to dismiss this case without prejudice. ECF No. 13. The joint motion is unopposed. *Id.* at 4. Defendant represents that Plaintiff filed exceptions to the decision rendered by the ALJ and those

exceptions are pending consideration by the Appeals Council and cannot be reviewed in light of this Court's continuing jurisdiction over the Complaint filed by Plaintiff. ECF No. 13 at 1-4. Defendant's joint motion should be granted.

**ACCORDINGLY**, it is respectfully recommended that Defendant's joint motion to dismiss this case **without prejudice** be **GRANTED.**

**IN CHAMBERS** at Tallahassee, Florida, on November 23, 2015.

                                                **s/ Charles A. Stampelos**
                                                **CHARLES A. STAMPELOS**
                                                **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**