IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DIANE W SIRON,

    Plaintiff,

v.                                                      CASE NO. 1:15-cv-00112-MP-CAS

CAROLYN W COLVIN,

    Defendant.

_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 23, 2015. (Doc. 14). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The joint motion to dismiss without prejudice (Doc. 13) is granted. This case is dismissed without prejudice.

**DONE AND ORDERED** this *1st* day of December, 2015

                                            *s/Maurice M. Paul*
                                        Maurice M. Paul, Senior District Judge